**Order filed January 3, 2014.**



In The

# 𝔍𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

## NO. 14-13-00903-CV
_____

### FERNANDO CHAPA D/B/A FULL SERVICE, INC., Appellant

### V.

### LONE STAR DISPOSAL, LP, Appellee

**On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 541012103**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for County Civil Court at Law No. 3 informed this court that appellant had not made arrangements for payment for the reporter's record. On November 8, 2013, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporters record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM